**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| KIMBERLY CHRISTINE SHOWALTER, | ) | CASE NO. 09-14101 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

  Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| North Central Indiana Collection Agency | 408 S. Gallatin St. Marion, IN 46953 | $1.39 |
| Verizon Wireless | P.O. Box 3397 Bloomington, IL 61702 | $4.66 |
| | Total | $6.05 |

**WHEREFORE**, Trustee is depositing the total sum of $6.05 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: February 18, 2011**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 18th day of February, 2011, to:

Dana Leigh Oglesby, Esq.
Law Offices of Peter Francis Geraci
55 E. Monroe #3400
Chicago, IL 60603

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

North Central Indiana Collection Agency
408 S. Gallatin St.
Marion, IN 46953

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702

      /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**